HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOSEPH S. ROOT, | ) | No. CV 03-5079RJB |
| Petitioner, | ) ) ) | ORDER PERMITTING PETITIONER'S COUNSEL TO DISPOSE OF TRIAL COUNSEL'S FILE, INCLUDING DISCOVERY |
| v. | ) ) ) | |
| ALICE PAYNE, | ) ) | |
| Respondent. | ) | |

THIS COURT, having considered petitioner's Motion for Order Permitting Disposition of Discovery Materials, now, hereby, ORDERS:

The motion of petitioner's counsel to transfer the trial file and discovery materials to petitioner Joseph Root's mother, Mrs. Root, for safekeeping, is, hereby, GRANTED, with the following exception: portions of the files containing explicit depictions of minors shall not be transferred to Mrs. Root, but instead shall be retained by Sheryl Gordon McCloud in her closed files until it comes time, in the ordinary course of business, to destroy them.

DATED THIS 25th day of July, 2005.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Presented by:

s/ Sheryl Gordon McCloud
WSBA No. 16709
Attorney for Petitioner, Joseph S. Root
1301 Fifth Ave., Suite 3401
Seattle, WA 98101-2605
Tel: (206) 224-8777; FAX: (206) 447-1973
E-mail:   sheryl@sgmccloud.com

CV03-5079 – *Root v. Payne*
[PROPOSED] ORDER PERMITTING
DISPOSITION OF TRIAL COUNSEL'S
FILE, INCLUDING DISCOVERY MATERIALS - 1

**LAW OFFICES OF SHERYL GORDON MCCLOUD**
1301 Fifth Ave., Suite 3401
Seattle, WA 98101-2605
(206) 224-8777